[No. 20440-8-I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN SHAYNE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-01162-1, Robert E. Dixon, J., entered June 9, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 20357-6-I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNY W. MAINES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03380-2, Faith Enyeart, J., entered April 20, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20286-3-I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE VICTOR ERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04662-0, James D. McCutcheon, Jr., J., entered April 21, 1987. *Dismissed* by unpublished per curiam opinion.